UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  
LAURA PEREZ  
DEBTOR

CHAPTER 13 PROCEEDING:  
10-70134-M-13

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Tuesday, Feb 23, 2010.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Trustee has been unable to locate the following Debtor at the address listed below.

   LAURA PEREZ  
   2924 HONDO AVENUE  
   MCALLEN, TX  78503

5. As a result, funds owed to the Debtor in the amount of $1,725.00 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, September 29, 2011

*Cindy Boudloche*

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78401-0823  
(361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:                                              CHAPTER 13 PROCEEDING:
LAURA PEREZ                              10-70134-M-13
DEBTOR

## CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Sep 29, 2011, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*
Cindy Boudloche, Chapter 13 Trustee


LAURA PEREZ                                 RAUL E MORA
2924 HONDO AVENUE               5917 NORTH 23RD
MCALLEN, TX  78503                MCALLEN, TX  78504